# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK GORHAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-08** |
| **MICHELLE KAUFMAN, ET AL.** | **SECTION: "J"(1)** |

## ORDER

The Court, having considered the record, the applicable law, Plaintiffs' *Motion for Calculation of Attorneys' Fees* (Rec. Doc. 47), the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the *Motion for Calculation of Attorneys' Fees* **(Rec. Doc. 47)** filed by Plaintiffs, Patrick Gorham and Northwest Pacific Property Management, LLC, is **GRANTED** and Defendant, Michelle Kaufman be ordered to pay an attorneys' fee of $8,715 and a fine of $10,000.

New Orleans, Louisiana, this 18th day of January, 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE